UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIERRA CHRISTINA R.,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>       Defendant. | No. 25-CV-00566 (KMK)<br><br><u>ORDER ADOPTING REPORT &<br>RECOMMENDATION</u> |

KENNETH M. KARAS, United States District Judge:

On January 21, 2025, Cierra Christina R. ("Plaintiff") brought this case pursuant to 42

U.S.C. §§ 405(g) and 1383(c)(3), seeking judicial review of a decision by the Commissioner of

Social Security to deny Plaintiff's application for disability benefits.  (Dkt. No. 1.)

On January 27, 2025, the Court referred this case to Magistrate Judge Andrew Krause.

(Dkt. No. 7).  The case was then reassigned to Magistrate Judge Gary R. Jones.  Judge Jones

issued a thorough Report & Recommendation on December 1, 2025, recommending Plaintiff's

Motion for Judgment on the Pleadings be granted and the case be remanded for further

proceedings because the Administrative Law Judge hearing Plaintiff's claim erred in assessing

the impact of Plaintiff's visual and mental impairments on her ability to perform work-related

activities.  (Dkt. No. 15 ("R&R").)  No objections were filed.[1]

---

[1] Judge Jones provided notice that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the R&R were due within fourteen days of the receipt of the R&R, and that the failure to object would constitute a waiver of either Party's right to raise any objections to the R&R on appeal.  (*See* R&R 22–23).

When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error. *See Torres v. Golden Home Furniture Inc.*, No. 20-CV-4789, 2023 WL 3791807, at *1 (S.D.N.Y. June 2, 2023) (citing *Andrews v. LeClaire*, 709 F. Supp. 2d 269, 271 (S.D.N.Y. 2010)); see also *ExxonMobil Oil Corp. v. TIG Ins. Co.*, No. 16-CV-9527, 2022 WL 17070111, at *1 (S.D.N.Y. Nov. 17, 2022) (same). The Court has reviewed the R&R and, finding no substantive error, clear or otherwise, adopts the R&R in its entirety.

It is hereby ORDERED that the Report and Recommendation, dated December 1, 2025, is ADOPTED in its entirety, and that the case is remanded for further proceedings consistent with the R&R. The Clerk of the Court is respectfully directed to terminate the pending motion (Dkt. No. 11) and close the case.

SO ORDERED.

DATED:      December 19, 2025
            White Plains, New York

            _____
            KENNETH M. KARAS
            UNITED STATES DISTRICT JUDGE

2