**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CIERRA CHRISTINA R.,

                  Plaintiff,                25 **CIVIL** 0566 (KMK)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL
SECURITY,

                  Defendant.
-------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 19, 2025, the Court adopts the Report &

Recommendation in its entirety, and that the case is remanded for further proceedings consistent

with the R&R; accordingly, the case is closed.

**Dated:** New York, New York
        December 23, 2025


                            **TAMMI M. HELLWIG**

                            _____
                              **Clerk of Court**


            **BY:**                 _Negam Dulal_
                            _____
                              **Deputy Clerk**